

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARK EARNEST AND JEFF EARNEST
as Heirs at Law of JERRY WAYNE
EARNEST, deceased, and as Co-
Administrators of The Estate of JERRY
WAYNE EARNEST, deceased,

        Plaintiffs

vs.

GREAT WEST CASUALTY COMPANY,
GEORGIA FREIGHTWAYS
CORPORATION, DIRECT
CHASSISLINK, INC., SOUTH
ATLANTIC CONSOLIDATED CHASSIS
POOL LLC, CMA-CGM (AMERICA)
LLC, CONSOLIDATED CHASSIS
MANAGEMENT, LLC, INTERPOOL,
INC. d/b/a TRAC INTERMODAL and
DAVID J. GIBBONS,

        Defendants

CIVIL ACTION NO. 4:16-CV-00278-WTM-GRS

## ~~PROPOSED~~ ORDER ON PLAINTIFFS' EXPEDITED MOTION TO STAY DEADLINES AND DISCOVERY PENDING RULING ON MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiffs having moved for a stay of deadlines and of discovery pending ruling on Plaintiffs' previously filed Motion for Remand and for Attorney Fees, and having shown good case for same,

IT IS HEREBY ORDERED that all deadlines and discovery in this matter be stayed until such time as Plaintiffs' Motion to Remand and for Attorney Fees has been ruled upon.

This is 21 Th day of December, 2016.

~~THE HONORABLE WILLIAM T. MOORE, JR.~~
Magistrate Judge, United States District Court, Southern District of Georgia, Savannah Division

PREPARED BY:

*/s/ Kenneth L. Shigley*
KENNETH L. SHIGLEY
Georgia Bar No.: 642744
Shigley Law, LLC
950 East Paces Ferry Rd., NE
Suite 1625
Atlanta, GA 30326
Telephone: (404) 253-7862
Facsimile: (678) 791-1728
Email: ken@shigleylaw.com